UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GRACIELA DONCOURSE,

                    Plaintiff,

Case No. 22-CV-592

           -against-

**FRCP 7.1. CORPORATE DISCLOSURE STATEMENT**

S.J.T. PRINCE LLC d/b/a
M & O MARKET AND
124 THOMPSON OWNERS CORP.,

                    Defendants.
------------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure defendant **S.J.T. PRINCE LLC d/b/a M & O MARKET AND 124 THOMPSON OWNERS CORP.**, hereby certify that said corporation has no corporate parent, nor do any publicly held corporation own ten percent (10%) or more of their stock.

Dated: Long Island City, New York
       August 3, 2022

                                            STEPHEN D. HANS & ASSOCIATES, P.C.
                                            By:    /s/ Stephen D. Hans
                                                  Stephen D. Hans (SH-0798)
                                                  30-30 Northern Blvd., Suite 401
                                                  Long Island City, New York 11101
                                                   Tel: 718.275.6700 x 204
                                                   Fax: 718.275.6704
                                                   Email: shans@hansassociates.com
                                                   *Attorneys for the Defendants*