

September 9, 2022

<u>VIA ECF</u>

**MEMO ENDORSED.**

Hon. Ona T. Wang
United States Magistrate Judge
Danial Patrick Moynihan US Courthouse
Southern District of New York
500 Pearl Street
New York, NY  10007

                Re:    Graciela Doncouse v. S.J.T. Prince LLC et al
                      <u>Case No.22-cv-00592</u>

Dear Magistrate Wang:

      We represent S.J.T. Prince LLC d/b/a M&O Market in the above referenced matter.  On July 7, 2022 this office inadvertently filed a Notice of Appearance stating that this firm also represented additional named Defendant 124 Thompson Owners Corp. My paralegal mistakenly included 124 Thompson Owners Corp. in the Notice of Appearance when in fact we are only representing S.J.T. Prince LLC d/b/a M&O Market.

      In light of our error, I respectfully request permission of the Court to withdraw as counsel for 124 Thompson Owners Corp. The Plaintiff's counsel has no objection to this request.  I will serve 124 Thompson Owners Corp. with any order issued by this Court so that they are aware of and understand their obligation to retain other counsel.  I apologize for this error and will definitely pay closer attention to issues like this in the future.

Application **GRANTED**. The clerk of court is respectfully directed to close ECF 22.

**SO ORDERED.**

_____
Ona T. Wang                 9/12/2022
U.S.M.J.

Respectfully Submitted,

_____/s/_Stephen D. Hans_____
Stephen D. Hans (SH-0798)
30-30 Northern Boulevard, Suite 401
Long Island City, NY 11101
Tel: 718-275-6700

www.hansassociates.com